**Sharnell Marie HORNE, Plaintiff—Appellant,**

v.

**ANGELINE'S YWCA, Defendant—Appellee.**

No. 05–35601.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed May 23, 2006.

Sharnell Marie Horne, Seattle, WA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Appeal from the United States District Court for the Western District of Washington, Ricardo S. Martinez, District Judge, Presiding. D.C. No. CV–05–00292–RSM.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Sharnell Marie Horne appeals pro se from district court's entry of default judgment and order that defendant Angeline's YWCA pay Horne $100. We dismiss the appeal.

Horne's brief fails to comply with Fed. R.App. P. 28. *N/S Corp. v. Liberty Mutual Ins. Co.,* 127 F.3d 1145, 1146 (9th Cir. 1997). Most importantly, Horne fails to identify the specific contentions she is raising on appeal. *See* Fed. R.App. P. 28(a)(9). As such, we cannot tell what challenge Horne is making to the judgment in her favor, and we conclude Horne has waived any potential contentions on appeal. *See Greenwood v. Fed. Aviation Admin.,* 28 F.3d 971, 977 (9th Cir.1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief. We will not manufacture arguments for an appellant.") (citations omitted). Accordingly, this appeal is dismissed. *See O'Brien v. O'Brien (In re O'Brien),* 312 F.3d 1135, 1136 (9th Cir. 2002) (order) ("failure to comply with Rule 28, by itself, is sufficient ground to justify dismissal of an appeal").

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.